UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW SCHROEDER, Individually and on behalf of all others similarly situated<br>vs.<br>SELMAN & ASSOCIATES, LTD.,<br>JUANITA C. SELMAN and<br>TOM H. SELMAN | Civil Action No.: 3:14-cv-00042-RDM<br>IN THE MATTER OF APPLICATION FOR ADMISSION TO PRACTICE IN THIS COURT |

**PETITION**

I, __Steve Spurgin__, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is: __204 South Highland Avenue__

__Post Office Drawer 1471__

__Marfa, TX  79843__

Office Telephone: __(432) 729-3731__

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

See attached.

My attorney Identification number is: __18974350__

```
FOR COURT USE ONLY

____ GENERAL ADMISSION:

GRANTED BY THE COURT _____    Date: _____

____ SPECIAL ADMISSION:

GRANTED BY THE COURT _____    Date: _____
```

Please Answer the Following Questions:

All occasions, if any, on which I have been convicted of a crime (subsequent to my becoming an attorney), censured, suspended, disciplined or disbarred by any court are set forth as follows: (State the facts and circumstances connected with each; if none, state "none".)

None

All occasions, if any, on which I have been held in contempt of court are set forth as follows: (State the nature and final disposition of contempt; if none, state "none".)

None

I do _____, do not __x__, have any disciplinary action, contempt or other proceedings involving me pending before any court. (Check the appropriate space.) If there are pending proceedings, please explain: _____

I am seeking:

_____ General Admission under Local Rule LR 83.8.1

__x__ Special Admission (specify by a check which rule) under

LR 83.8.2.1 __x__, LR 83.8.2.2 _____, LR 83.8.2.3 _____, or LR 83.8.2.4 _____

If seeking special admission under Local Rules LR 83.8.2.1, LR 83.8.2.2, LR 83.8.2.3, or LR 83.8.2.4, the basis for my admission under the designated rule is as follows:

Prior and current relationship with and representation of Defendants; familiarity with and knowledge of Defendants and their business; and knowledge of and experience with this area of the law and the claims alleged against Defendants

NAME THE PARTY YOU REPRESENT:

If special admission is requested for a particular case, please list case number and caption:

Case # 3:14-cv-00042-RDM

Caption # Andrew Schroeder, individually, and on behalf of all others similarly situated v. Selman & Associates, LTD., Juanita C. Selman and Tom H. Selman

I understand that:

1) If seeking admission under Section LR 83.8.2.2, LR 83.8.2.3, or 83.8.2.4, I must submit a letter from a superior stating the agency with which I am employed and the duties performed which qualify me for admission under those sections.

2) If petitioning for admission, only in a particular case, under Rule LR 83.8.2.1, I need no sponsor's certificate. Any attorney specially admitted under LR 83.8.2.1, shall, in each proceeding in which he or she appears, have associate counsel who is generally admitted under Local Rule 83.8.1 to practice in this court, whose appearance shall also be entered of record and upon whom all pleadings, motions, notices, and other papers may be served in accordance with any statute or applicable rule. The attendance of any such associate counsel upon the hearing of any motion or the taking of any testimony shall be sufficient appearance for the party or parties represented by such associate counsel. Either the specially admitted attorney or associate counsel must be fully prepared to participate in any hearings, arguments, conferences and trials. (See LR 83.9)

If special admission is requested for a particular case, please list the name, address, telephone number and bar identification number of associate counsel to be entered of record in the case:
Eric J. Bronstein, Esquire, PA Bar #56391, Elliott Greenleaf & Siedzikowski, P.C., 925 Harvest Drive, Suite 300, Blue Bell, PA  19422, (215) 977-1000

3) If seeking general admission under Rule LR 83.8.1, I must be a member of the bar of the Supreme Court of Pennsylvania and have a sponsor who is a member in good standing of the Bar of this Court present to move for my admission and I must submit the sponsor's certificate with my petition.

_____
PETITIONER

Texas   1874350
(Bar Identification Number and State where admitted)

2/13/14
(Date)

By signing this petition for admission, I acknowledge that I have read the attached Middle District of Pennsylvania Code of Professional Conduct and agree to subscribe to the standards set forth in the Code.

NAME OF PETITIONER   Steve Spurgin

SPONSOR'S CERTIFICATE:

I, __Eric J. Bronstein_____, am a member in good standing of the Bar of the United States District Court for the Middle District of Pennsylvania, having been admitted to practice on (month) _November_ (day) _27_, (year) _2004_. I have known the above petitioner for only several weeks; however, an _an attorney of counsel to our law*_. To my knowledge, the petitioner's moral character is as follows: Mr. Spurgin is of high moral character and a reputable and competent attorney who will comply with and be bound by the local rules of this Court and the Code of Professional Conduct.

To my knowledge, the petitioner's educational background and experience are as follows: Mr. Spurgin graduated from Sam Houston State University on August 14, 1976, when he received a B.A. in Government. He graduated from Texas Tech University Law School in April, 1983, where he received his J.D. He has since practiced law, earning his license in Texas on May 13, 1983.

I sponsor and recommend __Petitioner Steve Spurgin_____ for admission as a qualified attorney to practice before this court.

Office address:
Eric J. Bronstein
(sponsor)
925 Harvest Drive, Suite 300

Blue Bell, PA  19422

Telephone: (215) 977-1000

Attorney Bar I.D. Code No. _56391_

*firm with whom we will be working on this matter has known Petitioner for 19 years

I am admitted to practice before the following courts:

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING |
|---|---|---|
| Supreme Court of the United States | August 13, 1986 | Yes |
| Fifth Circuit Court of Appeals of the United States | August 5, 1991 | Yes |
| Ninth Circuit Court of Appeals of the United States | December 29, 2009 | Yes |
| Tenth Circuit Court of Appeals of the United States | March 22, 2004 | Yes |
| Western District of Texas | January 21, 1991 | Yes |
| Northern District of Texas | July 24, 1991 | Yes |
| Western District of Oklahoma | May 14, 2002 | Yes |